IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**UNITED STATES OF AMERICA**             **PLAINTIFF**

v.             **Case No. 2:22-CR-00003-01-LPR**

**TYLER JACOB PAULMAN**             **DEFENDANT**

**ORDER**

Defendant's Motion to Reduce Sentence (Doc. 34) is DENIED.

Defendant asserts that he is entitled to a sentence reduction based on guideline Amendment 821's retroactive changes to "status points." However, Defendant's plea agreement provides that he "waives the right to have these sentence modified pursuant to Title 18, United States Code, Section 3582(c)(2) . . . ."[1] Because Defendant knowingly and voluntarily entered into his plea agreement, including this waiver, he is not entitled to relief.[2]

IT IS SO ORDERED this 22nd day of November, 2023.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] Doc. 25.

[2] *United States v. Cowan*, 781 F. App'x 571 (8th Cir. 2019) (affirming dismissal of a § 3582 (c)(2) motion when the record establish that the defendant knowingly and voluntarily entered the plea agreement).